Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FILLMORE & 5TH DESIGNER CONSIGNMENT INC, a California corporation; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-07116-JFW-JPR <br><br> <u>CLASS ACTION</u> <br><br> Hon. Judge John F. Walter <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Complaint filed: September 2, 2021 <br> Trial Date: Not Set |

NOTICE OF SETTLEMENT

Plaintiff Meghan Downing ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 10, 2021                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 10, 2021        */s/ Thiago M. Coelho*
                                Thiago M. Coelho