JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.     **CV 21-7116-JFW(JPRx)**                                      Date: November 19, 2021

Title:     Meghan Downing -v- Fillmore and 5th Designer Consignment Inc., et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly         None Present
  Courtroom Deputy        Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**  **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                None

**PROCEEDINGS (IN CHAMBERS):**  **ORDER OF DISMISSAL**

  In the Notice of Settlement filed on November 10, 2021, Docket No. 15, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 20, 2021. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 20, 2021. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

  IT IS SO ORDERED.

Initials of Deputy Clerk   sr